In the Matter of the Claim of Oliver Rice, Respondent, against Ralph Simonelli and Another, Appellants. State Industrial Board, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hill, Rhodes and Crapser, JJ., concur; Hinman, J., dissents, and votes to reverse the award and to

remit the claim for further proof with reference to whether there was a policy of insurance uncanceled at the time of the accident issued to the subcontractor covering this particular job.